**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6613

LAMONT HENDERSON,

Plaintiff - Appellant,

v.

P. LIGGIN, Federal Correctional Officer, in his individual
and official capacity; WARDEN JOHN J. LAMANNA, in his
individual and official capacity; OFFICER R. C. MCLAFFERTY,
SIA, in his individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Cameron McGowan Currie, District
Judge.  (3:07-cv-00227-CMC)

Submitted: October 23, 2008      Decided: November 18, 2008

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Lamont Henderson, Appellant Pro Se. Barbara Murcier Bowens,
Assistant United States Attorney, Columbia, South Carolina;
Vinton D. Lide, LIDE & PAULEY, LLC, Lexington, South Carolina;
David Leon Morrison, DAVIDSON & LINDEMANN, PA, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Henderson appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Henderson v. Liggin, No. 3:07-cv-00227-CMC (D.S.C. Apr. 11, 2008). We further deny Henderson's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED